IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02573-AP

MICHELLE L. GUMP,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    **For Plaintiff**:

        Alan M. Agee, Esq.
        512 S. 8th Street
        Colorado Springs, CO 80905
        (719) 473-1515 (telephone)

    **For Defendant:**

        WILLIAM J. LEONE
        United States Attorney
        KURT BOHN
        Assistant United States Attorney

    By:    Debra J. Meachum
        Special Assistant United States Attorney
        Laura Ridgell-Boltz, Assistant Regional Counsel
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-1571
        (303) 844-0770 (facsimile)

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

   A.   Date Complaint Was Filed: <u>December 19, 2005.</u>
   B.   Date Complaint Was Served on U.S. Attorney's Office: <u>December 20, 2005.</u>
   C.   Date Answer and Administrative Record Were Filed: <u>February 28, 2006.</u>

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff, to the best of her knowledge, states that the administrative record is complete and accurate.**
**Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.**

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff does not intend to submit additional evidence.**
**Defendant does not intend to submit additional evidence.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff, to the best of his knowledge, does not believe the case raises unusual claims or defenses.**
**Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**

**7. OTHER MATTERS**

**Plaintiff has no other matters to bring to the attention of the court.**
**Defendant has no other matters to bring to the attention of the court.**

**8. PROPOSED BRIEFING SCHEDULE**

   A.   Plaintiff's Opening Brief Due:       <u>APRIL 21, 2006.</u>
   B.   Defendant's Response Brief Due:   <u>MAY 22, 2006.</u>
   C.   Plaintiff's Reply Brief (If Any) Due: <u>JUNE 2, 2006.</u>

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A. Plaintiff's Statement.**
**Plaintiff requests oral argument.**

    **B. Defendant's Statement:**
**Defendant does not request oral argument.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.    **(X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B.    **( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

**The parties agree that filing motions for extension of time or continuances will comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.**

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.**

DATED this **15th day of March, 2006.**

                                      BY THE COURT:

                                      S/John L. Kane
                                      U.S. DISTRICT COURT JUDGE

**APPROVED:**

### For Plaintiff:

**s/Alan M. Agee        Date: 03/14/06**
512 S. 8th Street
Colorado Springs, CO 81301
(719) 473-1515 (telephone)
ageealanmpc@qwest.net

### For Defendant:

WILLIAM J. LEONE
United States Attorney
KURT BOHN
Assistant United States Attorney

**s/Debra J. Meachum   Date: 03/14/05**
By:     Debra J. Meachum
        Special Assistant United States Attorney

        Laura Ridgell-Boltz
        Assistant Regional Counsel

        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-1571
        (303) 844-0770 (facsimile)
        debra.meachum@ssa.gov
        laura.ridgell-boltz@ssa.gov