IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-2573-AP**

**MICHELLE L. GUMP,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #21), filed June 30, 2006. This Court has reviewed the file and considered the motion. It is hereby

**ORDERED** that the motion is **GRANTED**. This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff's Unopposed Motion to Assign Remanded Case to New Administrative Law Judge (doc. #22), filed June 30, 2006, is **GRANTED.** Upon remand, this case shall be assigned to a different Administrative Law Judge.

Dated:   July 7, 2006

                                             BY THE COURT:

                                             S/**John L. Kane**
                                             SENIOR JUDGE,
                                             UNITED STATES DISTRICT COURT